BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

FILED

APR 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:10 CR 00160 LJO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CHARLES ZASTROW,<br><br>Defendant. | ) | Case No.<br><br>VIOLATIONS: 18 U.S.C. § 2422(b) - Coercion and Enticement; 18 U.S.C. §§ 2423(b) and (e) - Travel in Interstate Commerce to Engage in Illicit Sexual Activity and Attempt; 18 U.S.C. §§ 1201(a) and (g) - Kidnapping |

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2422(b) - Coercion and Enticement]

The Grand Jury charges T H A T:

DAVID CHARLES ZASTROW,

defendant herein, from in or about February 2010, to on or about April 13, 2010, in the Eastern District of California, and elsewhere, using the mail or any facility or means of interstate or foreign commerce, knowingly persuaded, induced, enticed, and coerced an individual, who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged

with a criminal offense, and did attempt to do so, that is the defendant did use the mail, the internet, and/or computers, and telephones to attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years, to engage in any sexual activity for which any person could be charged with a criminal offense, all in violation of 18 U.S.C. 2422(b).

<u>COUNT TWO</u>: [18 U.S.C. §§ 2423(b) and (e) - Travel with Intent to Engage in Illicit Sexual Conduct]

The Grand Jury further charges T H A T:

DAVID CHARLES ZASTROW,

defendant herein, beginning no later than in approximately March of 2010 and continuing through approximately April 13, 2010, within the Middle District of Florida and the Eastern District of California, and elsewhere, did travel in interstate commerce for the purpose of engaging in any illicit sexual conduct with another person and attempted to do so, all in violation of 18 U.S.C. §§ 2423(b) and (e).

<u>COUNT THREE</u>: [18 U.S.C. §§ 1201(a) and (g) - Kidnapping]

The Grand Jury further charges T H A T:

DAVID CHARLES ZASTROW,

defendant herein, having traveled in interstate commerce and having used any means, facility, or instrumentality of interstate or foreign commerce to commit or in furtherance of the offense, between approximately March 17, 2010, and approximately April 13, 2010, within the Eastern District of California, and elsewhere, did unlawfully seize, confine, kidnap, abduct, or carry away and

otherwise hold for an illicit purpose any person under the age of eighteen all in violation of 18 U.S.C. §§ 1201(a) and (g).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By Mark E. Cullers
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office