# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

FILED
APR 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

THE UNITED STATES OF AMERICA

*vs.*

DAVID CHARLES ZASTROW

## INDICTMENT

1: 10 CR 00160 LJO

**VIOLATION(S):** 18 U.S.C. § 2422(b) - Coercion and Enticement; 18 U.S.C. § 2423(b) and (e) - Travel in Interstate Commerce to Engage in Illicit Sexual Activity and Attempt; 18 U.S.C. §§ 1201 (a) and (g) - Kidnapping

*A true bill,*

/s/
_________________________
*Foreman.*

*Filed in open court this* ______________ *day*

*of* ______________, *A.D. 20* _____

_________________________
*Clerk.*

*Bail, $* AS PREVIOUSLY SET

_________________________

GPO 863 525

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

**BY**

[ ] COMPLAINT [ ] INFORMATION [X] INDICTMENT
[ ] SUPERSEDING INFORMATION [ ] SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**

___ Petty
___ Minor
___ Misde-meanor
X Felony

Place of Offense: Kern County

USC Citations:
See Indictment

**DEFENDANT** -- U.S. vs.

▶ DAVID CHARLES ZASTROW

Address {

Birth Date

___ Male ___ Female

___ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI/Leif Sirman

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on THIS FORM: Donna McCloskey

X U.S. Att'y ___ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DAVID L. GAPPA

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ▸

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [X] On this charge

5) [ ] On another conviction [ ] Fed'l [ ] State

6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ___ Yes ___ No

If "Yes" give date

DATE OF ARREST ▸ Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ▸ Mo. Day Year

[ ] This report amends AO 257 previously submitted

*ADDITIONAL INFORMATION OR COMMENTS*

*See Penalty Slip. Preliminary hearing set for 4/23/10 at 1:30 p.m.*

# PENALTY SLIP

| | |
|---|---|
| DEFENDANT: | DAVID CHARLES ZASTROW |
| VIOLATION: | 18 U.S.C. § 2422(b)<br>Coercion/Enticement (Count One) |
| PENALTY: | 10 years imprisonment minimum - life maximum;<br>$250,000 fine; lifetime supervised release;<br>$100 special assessment |
| VIOLATION: | 18 U.S.C. §§ 2423(b) and (3)<br>Travel in Interstate Commerce to Engage in Illicit Sexual Activity and Attempt (Count Two) |
| PENALTY: | 30 years imprisonment maximum;<br>$250,000 fine; lifetime supervised release; $100 special assessment |
| VIOLATION: | 18 U.S.C. §§ 1201(a) and (g) - Kidnapping (Count 3) |
| PENALTY: | Lifetime imprisonment;<br>$250,000 fine; lifetime supervised release;<br>$100 special assessment |