BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br>DAVID ZASTROW,                )<br>                              )<br>                              )<br>            Defendant.        )<br>_____) | 1:10-CR-00160 LJO<br><br>STIPULATION TO RESCHEDULE<br>STATUS CONFERENCE<br><br>DATE: July 16, 2010<br>TIME: 8:45 a.m.<br>PLACE: Courtroom Four<br>HON: Lawrence J. O'Neill |

    The parties have agreed to continue the status conference scheduled for June 11, 2010, at 8:45 a.m. until July 16, 2010, at 1:30 p.m.  The defense is conducting an investigation which is not complete.  In addition, the government in the past few days has received additional evidence from Florida that was seized when a search warrant was executed at a location connected to the defendant.  The government has not yet had an opportunity to review that evidence and/or to make it available to the defendant.  It is anticipated that the defense will know which motions, if any, are appropriate for filing once its investigation has been completed.

1

1 | The parties agree that the time until the next status
2 | conference be excluded under the Speedy Trial Act for defense
3 | investigation and to preserve the interests of justice under 18
4 | U.S.C. § 3161(h)(7)(A).

Dated:     June 10, 2010              Respectfully submitted,
                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ David L  Gappa
                                By:   DAVID L. GAPPA
                                      Assistant U.S. Attorney

                                      /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
                                      Counsel for David Zastrow

2

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,       ) 1:10-CR-00160 LJO
                                )
            Plaintiff,          ) ORDER ON STIPULATION TO
                                ) RESCHEDULE STATUS CONFERENCE
      v.                        )
                                )
DAVID ZASTROW,                  )
                                ) DATE: July 16, 2010
                                ) TIME: 8:45 a.m.
            Defendant.          ) PLACE: Courtroom Four
_____) HON: Lawrence J. O'Neill
```

**ORDER**

For the reasons outlined in the stipulation of the parties filed on June 10, 2010, the status conference is continued until July 16, 2010. Time is excluded under the Speedy Trial Act, for the reasons outlined in the stipulation, through that date and time as well.

IT IS SO ORDERED.

**Dated:   June 10, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

3