IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID CHARLES ZASTROW<br><br>Defendant.<br>_____ / | CASE NO. CR F 10-0160 LJO<br><br>**PRETRIAL ORDER**<br><br>**Jury Voir Dire/**<br>**Instructions:**     **May 31, 2011**<br><br>**Jury Trial:   Date: June 6, 2011**<br>**Time: 8:30 a.m.**<br>**Dept.: 4 (LJO)** |

This Court conducted a May 13, 2011 conference to confirm trial.

**1.   Trial Date**

Trial will be **June 6, 2011 at 8:30 a.m.** in Department 4 (LJO) of this Court before United States District Judge Lawrence J. O'Neill.

**2.   In Limine And Further Pretrial Motions**

The motions in limine were heard on May 13, 2011 and ruled upon as preserved on the record.

**3.   Proposed Jury Voir Dire**

The parties, no later than **May 31, 2011,** shall file and serve proposed jury voir dire examination questions.

**4.   Witness Lists**

The parties, no later than **May 31, 2011,** shall file and serve their respective lists of all witnesses,

including those who the parties may reasonably be expected to call as rebuttal witnesses.

### 5. Proposed Jury Instructions And Verdict Forms

The parties shall serve their proposed jury instructions and verdict forms on one another no later than **May 23, 2011.** The parties shall conduct a conference to address their proposed jury instructions and verdict forms no later than **May 27, 2011.** At the conference, the parties **SHALL** attempt to reach agreement on jury instructions and a verdict form for use at trial. The parties shall file and serve all agreed-upon jury instructions and verdict form no later than **May 31, 2011,** and identify such as the agreed-upon jury instructions and verdict form.

**If and only if, the parties after genuine, reasonable and good faith effort** cannot agree upon certain specific jury instructions and verdict form, the parties shall file and serve their respective proposed (disputed) jury instructions and verdict form no later than **May 31, 2011,** and identify such as the disputed jury instructions and verdict form.

All jury instructions and verdict forms shall indicate the party submitting the instruction or verdict form (i.e., joint, plaintiff's, defendant's, etc.), the number of the proposed instruction in sequence, a brief title for the instruction describing the subject matter, the **complete** text of the instruction, and the legal authority supporting the instruction.

All proposed jury instructions and verdict forms described above (whether agreed or disputed) shall be e-mailed as a WordPerfect or Word attachment to ljoorders@caed.uscourts.gov and bmcauliffe@caed.uscourts.gov no later than **May 31, 2011. Jury instructions will not be given unless they are so e-mailed to the Court. The Court will not accept a mere list of numbers of form instructions from the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or other instruction forms. The proposed jury instructions and verdict form must be in the form and sequence which the party desires to be read or given to the jury. All blanks and bracketed portions to form jury instructions must be completed or omitted as desired.**

Ninth Circuit Model Jury Instructions **SHALL** be used where the subject of the instruction is covered by a model instruction. Otherwise CALCRIM or CALJIC instructions **SHALL** be used where the subject of the instruction is covered by CALCRIM or CALJIC. **All instructions shall be short, concise, understandable, and neutral and accurate statements of the law. Argumentative or**

**formula instructions will not be given and must not be submitted.** The parties shall designate, by italics or underlining, any modification of instructions from statutory or case authority, or any pattern instruction, such as the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or any other source of pattern instructions, and must specifically state the modification made to the original form instruction and the legal authority supporting the modification.

No later than **May 31, 2011,** the parties shall file and serve written objections to disputed jury instructions and verdict form proposed by another party. All objections shall be in writing, set forth specifically the objectionable matter in the proposed instruction or verdict form, and include a citation to legal authority explaining the grounds for the objection and why the instruction or verdict form is improper. A concise argument concerning the instruction or verdict form may be included. Where applicable, the objecting party shall submit an alternative proposed instruction or verdict form covering the subject or issue of law.

**6.    Trial Exhibits**

The parties shall premark their respective exhibits and submit an original and two copies of their premarked exhibits to the clerk's office no later than **May 31, 2011**.

**Failure to comply with all provisions of this order may be grounds for imposition of sanctions on counsel or parties who disobey or cause noncompliance with this order.**

IT IS SO ORDERED.

**Dated:   May 16, 2011**                                        /s/ Lawrence J. O'Neill
                                                                               UNITED STATES DISTRICT JUDGE