DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
David Charles Zastrow

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:10-cr-00160 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER |
| v. | |
| DAVID CHARLES ZASTROW, | Date:  August 26, 2011<br>Time:  10:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN ENOS, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant, David Charles Zastrow, that the date for sentencing may be continued to August 26, 2011, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is August 19, 2011, at 10:30 a.m.  The requested new date is August 26, 2011, at 10:30 a.m.**

Mr. Zastrow is currently housed in the Kern County Detention Facility. Due to resulting difficulties in communication between Mr. Zastrow and counsel, the defendant's informal objections were not completed until August 3, 2011. The defense is requesting this short continuance[1] to allow the United States Probation Office adequate time to respond to the defendant's informal objections. This will permit

---

[1] AUSA Brian Enos was unable to confirm that co-counsel for plaintiff, AUSA Stanley A. Boone, is available on the requested date. In the event that Mr. Boone is not available August 26, 2011, the parties may request another short continuance to a date convenient to all.

sentencing to proceed in an orderly manner.

    The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendants in a speedy trial.

                                                   BENJAMIN B. WAGNER  
                                                   United States Attorney

DATED: August 5, 2011            By /s/ Brian Enos  
                                                   BRIAN ENOS  
                                                 Assistant United States Attorney  
                                                 Attorney for Plaintiff

                                                 DANIEL J. BRODERICK  
                                                 Federal Defender

DATED: August 5, 2011            By /s/ Eric V. Kersten  
                                                   ERIC V. KERSTEN  
                                                 Assistant Federal Defender  
                                                 Attorney for Defendant  
                                                 David Charles Zastrow

## **O R D E R**

    The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Good cause exists for the continuance as stated in the stipulation.

                                                 IT IS SO ORDERED.

**Dated:  August 5, 2011**           /s/ Lawrence J. O'Neill  
                                       UNITED STATES DISTRICT JUDGE